UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

SARAH SPARK,

     Plaintiff,

v.                                 Case No. 8:09-cv-743-T-26MAP

ALL CHILDREN'S HOSPITAL INC.,

     Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41, the parties, by and through their undersigned counsel, hereby jointly stipulate that this action be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

STIPULATED, AGREED AND CONSENTED TO THIS 2nd DAY OF NOVEMBER, 2009.

_____
ROGER L. YOUNG
Florida Bar No. 0349607
rlyounglaw@aol.com
Law Office of Roger L. Young, P.A.
2831 Ringling Blvd., Suite B-107
Sarasota, Florida 34237
Phone: (904) 906-1980
Fax: (904) 906-1981
Attorney for Plaintiff

_____
LAURA E. PRATHER
Florida Bar No. 870854
lprather@trenam.com
JUSTIN J. HORAN
Florida Bar No. 0060871
jjhoran@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
  FRYE, O'NEILL & MULLIS, P.A.
Post Office Box 1102
Tampa, Florida 33601
Phone: (813) 223-7474
Fax: (813) 229-6553
Attorneys for Defendant

_____
SARAH SPARK
Plaintiff